IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

JUN 30 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Petitioner )
)
v. ) CIVIL ACTION No. Misc. 05-65S
)
F. SGAMBATO & SONS )
EXCAVATING INC., FRANK S. )
SGAMBATO AS PRESIDENT, )
Respondent )

STIPULATION

Petitioner, United States of America, and Respondent, F. Sgambao & Sons Excavating Inc., Frank S. Sgambato as President, hereby agree and stipulate as follows:

1. That respondent shall comply with the Internal Revenue Service Summons issued to respondent on or about October 19, 2004, a copy of which is attached as Exhibit B to the Petition to Enforce Internal Revenue Service Summons filed in the within action;

2. That respondent shall comply with said summons on or before July 8, 2005.

F. SGAMBATO & SONS
EXCAVATING, INC.

Daniel K. Flaherty, Esq.
31 College Hill Road
Suite 20D
Warwick, Rhode Island 02886
401/822-1800
401/822-1879 (Fax)

Date: 6/28/05

UNITED STATES OF AMERICA

Lisa Dinerman Bar #2689
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
401/709-5000
401/709-5017 (Fax)

Date: 6/29/05

ENTER.

David L. Martin, USMJ
June 30, 2005